

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2019

No. 04-19-00011-CR

Joshua Jakob **SMITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A-17272
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On February 20, 2019, this court issued an opinion dismissing these appeals for lack of jurisdiction because appellant's motion for extension of time to file his notices of appeal was untimely filed. *See Smith v. State,* Nos. 04-19-00009-CR; 04-19-00010-CR; 04-19-00011-CR & 04-19-00012-CR, 2019 WL 691418 (Tex. App.—San Antonio Feb. 20, 2019, no pet. h.) (mem. op., not designated for publication). Although we noted appellant had not filed notices of appeal in the underlying causes, we also held the deadline for filing a timely notice of appeal had passed. *Id.*, at *1. On March 13, 2019, appellant filed notices of appeal in the underlying causes. Based on the holding in our February 20, 2019 opinion, the notices of appeal are untimely and cannot invoke the jurisdiction of this court.

It is so **ORDERED** on March 29, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

